# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

139315 & (24)

WILLIAM N. KRITSELIS,
    Plaintiff-Appellee,

v

CHURCH KRITSELIS & WYBLE, P.C.,
DAVID S. MITTLEMAN, JAMES T. HEOS,
and CHURCH KRITSELIS & WYBLE, P.C.,
CREDITORS,
    Defendants-Appellants.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139315
COA: 292154
Ingham CC: 07-001858-CR

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 17, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

0831

_____
Clerk